UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STEPHEN TSE,

                Petitioner,

      v.                                                9:04-CV-711

D. B. DREW, Warden, FCI Ray Brook,

                Respondent.
_____

APPEARANCES:                                           OF COUNSEL:

STEPHEN TSE
Petitioner Pro Se
No. 14744-038
Federal Correctional Institution
Post Office Box 9008
Ray Brook, New York 12977

HON. GLENN T. SUDDABY                  CHARLES E. ROBERTS, ESQ.
United States Attorney for the                 Assistant United States Attorney
 Northern District of New York
Attorney for Respondent
100 South Clinton Street
Syracuse, New York 13261-7198

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 12th day of December, 2006.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The petition for a writ of habeas corpus is denied.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: January 4, 2007
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge